

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00005-CV

---

KIRA NICHOLS, Appellant

V.

LAUREN THOMPSON, Appellee

---

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-317293-20

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

## MEMORANDUM OPINION

Appellant, Kira Nichols, has filed a motion with this Court stating that the parties have settled their disputes and seeking a voluntary dismissal of this appeal.[1]  Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, we grant the motion.  *See* TEX. R. APP. P. 42.1(a)(1).  Accordingly, we dismiss this appeal.

Scott E. Stevens
Chief Justice

Date Submitted:     July 1, 2025
Date Decided:       July 2, 2025

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).